# Third District Court of Appeal
## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-333
Lower Tribunal No. F90-1543
_____

**Lazaro Bonard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Lazaro Bonard, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.